

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-14-00235-CV

_____

## IN THE MATTER OF THE MARRIAGE OF
## PRESTON DEAN BUCK
## AND
## DAWN BRUCENE BUCK

_____

### From the 378th District Court
### Ellis County, Texas
### Trial Court No. 87,503-D

---

## MEMORANDUM OPINION

---

Appellant, Preston Dean Buck, has filed a motion to dismiss his appeal stating that he has been granted a new trial by the trial court. A copy of the order granting a new trial is attached to the motion.

Accordingly, appellant's motion is granted, and this appeal is dismissed. TEX. R. APP. P. 42.1.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal dismissed
Opinion delivered and filed January 22, 2015
[CV06]

